

**BARNES IACCARINO & SHEPHERD LLP**

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2020
```

Steven H. Kern          Roy Barnes, Retired
Lauren M. Kugielska*
Giacchino J. Russo      *Also Admitted in NJ

December 7, 2020

Honorable Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

    Re:    Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds et al. v. Danmar Interiors Inc., at al.

    Case No.:    20-cv-08377(AT)

Dear Judge Torres,

    This firm represents Plaintiffs Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds et al. in the above referenced matter. An initial pretrial conference is scheduled in this matter for December 8, 2020 at 10:20am. This action is based upon the Funds' right to audit and collect delinquent benefit contributions under the Employee Retirement Income Security Act ("ERISA") and the parties' collective bargaining agreement. Defendant Danmar Interiors Inc., et al. complied with the Funds' audit of its books and records for the period prescribed for in the Complaint [ECF No. 1]. The Funds are currently attempting to resolve the balance of benefit fund contributions found, pursuant to the audit, with Defendant. Should Defendant fail to satisfy the delinquency found in accordance with the audit, Plaintiffs plan on moving for default judgment in order to collect the stated delinquency. In light of these circumstances, Plaintiffs respectfully request to adjourn the scheduled December 8, 2020 conference *sine die*.

    Plaintiffs have not submitted any prior adjournment requests to the Court, nor has Defendant entered an appearance in this action.

    I appreciate your time and attention to this matter.

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for December 8, 2020, is ADJOURNED to **January 20, 2021**, at **10:20 a.m.** By **January 13, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 7, 2020
       New York, New York

                                    ANALISA TORRES
                             United States District Judge