

**BARNES IACCARINO & SHEPHERD LLP**

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2021
```

Steven H. Kern           Roy Barnes, Retired
Lauren M. Kugielska*
Giacchino J. Russo       *Also Admitted in NJ

January 12, 2021

VIA ECF
Honorable Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:    Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds et al. v. Danmar Interiors Inc., et al.

Case No.:    20-cv-08377(AT)

Dear Judge Torres,

This firm represents Plaintiffs Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds et al. in the above referenced matter. In accordance with the Court's December 7, 2020 Order [ECF No. 12], an initial pretrial conference has been scheduled for January 20, 2021, and a joint letter and proposed case management plan is due for submission on January 13, 2021. On January 4, 2021, the Clerk of the Court entered a Certificate of Default [ECF No. 15], regarding the Defendant's failure to move with respect to the Complaint. In light of the foregoing circumstances, Plaintiffs respectfully request to adjourn the scheduled January 20, 2021 *sine die*.

Plaintiffs submitted a prior adjournment request to the Court. The Defendant has not entered an appearance in this action.

I appreciate your time and attention to this matter.

Respectfully yours,

*Lauren M. Kugielska*
Lauren M. Kugielska

GRANTED. The initial pretrial conference scheduled for January 20, 2021, is ADJOURNED *sine die*.

By **January 28, 2021**, Plaintiff shall move for default in accordance with Attachment A of the Court's Individual Rules of Practice in Civil Cases.

SO ORDERED.

Dated: January 13, 2021
        New York, New York

ANALISA TORRES
United States District Judge