```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DRYWALL
TAPERS AND POINTERS LOCAL
UNION NO. 1974 BENEFIT FUNDS
and THE DISTRICT COUNCIL NO. 9,
DRYWALL TAPERS AND POINTERS
OF GREATER NEW YORK LOCAL
UNION 1974, AFFILIATED WITH
INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES,
AFL-CIO,

                Plaintiffs,

-against-

DANMAR INTERIORS INC. a/k/a DANMAR
INTERIORS a/k/a DANMAR INTERIORS,
INC.,

                Defendant.

20 Civ. 8377

**ORDER**

ANALISA TORRES, District Judge:

    On June 30, 2021, the Court issued an Order to Show Cause setting a briefing schedule on Plaintiffs' motion for default judgment against Defendant Danmar Interiors Inc. (the "Order to Show Cause"). ECF No. 26. The Court ordered Plaintiffs to serve copies of the Order to Show Cause and supporting documents on Defendant by hand-delivery or first-class mail and N.Y. Business Corp. Law § 306, and directed Plaintiffs to file proof of service on the docket by July 14, 2021. *Id.* Counsel has not yet filed proof of service.

    Accordingly, by **July 21, 2021**, Plaintiffs shall file proof of service on the docket.

    SO ORDERED.

Dated: July 19, 2021
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge